NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number: 13644
KIMBERLY SOKOLICH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
Kimberly.Sokolich@usdoj.gov
*Representing the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:20-cr-00096-RFB-VCF-003 |
| Plaintiff, | PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| TALMADGE TAJ JOHNSON II | |
| Defendant. | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Alicia Coughlin, U. S. Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 21st day of October, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

/s/Kimberly Sokolich
KIMBERLY SOKOLICH
Assistant U.S. Attorney

PS 8
(Revised 12/04)

**UNITED STATES DISTRICT COURT**
for the
**DISTRICT OF NEVADA**

U.S.A. vs. TALMADGE JOHNSON                              Docket No: 2:20CR00096-RFB-VCF

Petition for Action on Conditions of Pretrial Release

     COMES NOW ALICIA COUGHLIN, U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Talmadge Johnson. The defendant initially appeared on June 26, 2020, before U.S. Magistrate Judge Cam Ferenbach and was ordered released on a personal recognizance bond with the following conditions of release:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Travel is restricted to the Central District of California unless approved by Pretrial Services.
3. The defendant may travel to the District of Nevada for the purpose of court.
4. The defendant shall maintain current residence and may not move prior to obtaining permission from the Court, Pretrial Services or the supervising officer.
5. The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.
6. The defendant shall avoid all contact directly or indirectly with co-defendant(s) unless it is in the presence of counsel.
7. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. This includes Marijuana and/or any item containing THC.
8. The defendant shall refrain from the excessive use of alcohol.
9. The defendant shall pay all or part of the cost of the testing program based upon his/her ability to pay as Pretrial Services or the supervising officer determines.
10. The defendant shall submit to a mental health evaluation as directed by Pretrial Services or the supervising officer.
11. The defendant shall not be in the presence of anyone using or possessing a narcotic drug or other controlled substances.
12. Report via telephone any instance of COVID-19 symptoms, exposure, and/or quarantine immediately to the supervising officer.
13. Comply with the directives of medical, public health, and government officials with respect to a quarantine and/or stay-at-home order.

Upon his release, Mr. Johnson was supervised by U.S. Pretrial Services in the Central District of California, however, he moved to Las Vegas on August 31, 2020. Based on his relocation, his travel restriction should be modified to the District of Nevada.

**Respectfully presenting petition for action of Court and for cause as follows:**

**PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S BOND BE MODIFIED AS FOLLOWS:**
THE CONDITIONS OF RELEASE ARE MODIFIED TO REMOVE: 1) THE DEFENDANT SHALL ABIDE BY THE FOLLOWING RESTRICTIONS ON PERSONAL ASSOCIATION, PLACE OF ABODE, OR TRAVEL: TRAVEL IS RESTRICTED TO THE CENTRAL DISTRICT OF CALIFORNIA UNLESS APPROVED BY PRETRIAL SERVICES AND 2) THE DEFENDANT MAY TRAVEL TO THE DISTRICT OF NEVADA FOR THE PURPOSE OF COURT.  THE FOLLOWING CONDITION IS ADDED: 1) THE DEFENDANT SHALL ABIDE BY THE FOLLOWING RESTRICTIONS ON PERSONAL ASSOCIATION, PLACE OF ABODE, OR TRAVEL: TRAVEL IS RESTRICTED TO THE DISTRICT OF NEVADA.

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. |
|---|---|
| Considered and ordered this 27th day of October, 2020 and ordered filed and made a part of the records in the above case. | Executed on this 27th day of October, 2020.<br><br>Respectfully Submitted, |
| _____<br>Honorable Cam Ferenbach<br>U.S. Magistrate Judge | EO  Alicia Coughlin<br>_____<br>Alicia Coughlin<br>U.S. Pretrial Service Officer<br>Place: Las Vegas, Nevada |